IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0389

KELLY DEAN WORTHAN,

     Petitioner and Appellant,

v.

STATE OF MONTANA,

     Respondent and Appellee.

## ORDER

Upon consideration of the State's Unopposed Motion to Strike appendix from the Reply Brief of Appellant, and good cause appearing therefor,

IT IS HEREBY ORDERED that the State's motion is granted, and the Appendix in Appellant's Reply Brief, along with any associated references to the Appendix in the Reply Brief, are hereby stricken.

RB

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
May 18 2023